UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM SPENCER,

    Plaintiff(s),                         Case No. 19-CV-12096

v.                                                Judge Bernard A. Friedman

OAKLAND COUNTY CORPORATION, et al.,      Magistrate Judge Mona K. Majzoub

    Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __14__, filed __7/18/2019__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Johnetta__ at __(313) 234-5172__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 18, 2019                         s/Johnetta M. Curry-Williams
                                                              Deputy Clerk